# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **ROBERT MICHAEL H.,** | **LA CV 21-05584-VBF-PD** |
| Plaintiff-Appellant, | **ORDER** |
| v. | Adopting the R&R: Affirming the Commissioner and Terminating the Case |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant-Appellee. | |

Plaintiff's objections fail to identify any error of law, fact, or logic in the Magistrate Judge's analysis.  Accordingly:

Plaintiff's objection [Doc #23] is OVERRULED.

The Report and Recommendation [Doc #22] is ADOPTED.

**A final judgment affirming the decision of the Commissioner of Social Security will be entered as a separate document pursuant to Fed. R. Civ. P. 58.**

Dated: November 4, 2022

*Valerie Baker Fairbank*

Honorable Valerie Baker Fairbank
Senior United States District Judge