JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ROBERT MICHAEL H.**, <br>       Plaintiff-Appellant, <br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br>       Defendant-Appellee. | LA CV 21-05584-VBF-PD <br><br> **JUDGMENT** |

**It is hereby adjudged that the decision of the Commissioner of Social Security is AFFIRMED.**

Dated: November 4, 2022

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge